McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0332 EJG |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JORGE NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff, United States of America, by its counsel, Assistant

United States Attorney Jason Hitt, and defendant Jorge NAVARRO, by

and through his counsel Ralph Cingcon, Esq., hereby stipulate and

agree that the status conference currently set for Friday, June 6,

2008, at 10:00 a.m. should be continued to Friday, July 18, 2008, at

10:00 a.m.

        The requested continuance is based upon the need of defense

counsel to meet with his client with the assistance of a Spanish

interpreter and review the government's pending plea agreement.  The

parties believe a resolution of the case by guilty plea is close.

The parties further agree and stipulate that the period between June

6, 2008, and July 18, 2008, should be excluded from computed time for

/ / /

/ / /

commencement of trial under the Speedy Trial Act, based upon the
interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
Code T4, to allow continuity of counsel and reasonable time necessary
for effective defense preparation.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  June 3, 2008        By:  /s/Jason Hitt_____
                                 JASON HITT
                                 Assistant U.S. Attorney

DATED:  June 3, 2008        By:  /s/Jason Hitt_____
                                 Telephonically authorized to sign
                                 for Mr. Cingcon on 06-02-08
                                 RALPH CINGCON, Esq.
                                 Attorney for Jorge NAVARRO

                                **ORDER**

    Based upon the representations and stipulation of counsel, **IT IS
HEREBY ORDERED** that:

    1.    The Status Conference set for June 6, 2008, at 10:00 a.m.,
is vacated and continued to July 18, 2008, at 10:00 a.m.; and

    2.    The Court finds that the ends of justice outweigh the best
interest of the public and the defendant in a speedy trial.
Accordingly, time under the Speedy Trial Act shall be excluded up to
and including July 18, 2008.

    **IT IS SO ORDERED.**

DATED: _June 2, 2008        /s/ Edward J. Garcia_____
                            EDWARD J. GARCIA
                            United States District Judge