McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0332 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND   ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JORGE NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff, United States of America, by its counsel, Assistant
United States Attorney Jason Hitt, and defendant Jorge NAVARRO, by
and through his counsel Ralph Cingcon, Esq., hereby stipulate and
agree that the status conference currently set for Friday, July 18,
2008, at 10:00 a.m. should be continued to Friday, August 22, 2008,
at 10:00 a.m.

        The requested continuance is based upon the need of defense
counsel to meet with his client with the assistance of a Spanish
interpreter and review the government's pending plea agreement.  The
parties believe a resolution of the case by guilty plea is close.
The parties further agree and stipulate that the period between July
18, 2008, and August 22, 2008, should be excluded from computed time

/ / /

/ / /

for commencement of trial under the Speedy Trial Act, based upon the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  July 17, 2008          By:  /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED:  July 17, 2008          By:  /s/Jason Hitt
                                    Telephonically authorized to sign
                                    for Mr. Cingcon on 06-02-08
                                    RALPH CINGCON, Esq.
                                    Attorney for Jorge NAVARRO

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.    The Status Conference set for July 18, 2008, at 10:00 a.m., is vacated and continued to August 22, 2008, at 10:00 a.m.; and

2.    The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including August 22, 2008.

**IT IS SO ORDERED.**


DATED: July 17, 2008                    /s/ Edward J. Garcia
                                        U. S. DISTRICT JUDGE