McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0332 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JORGE NAVARRO, | ) | APPROVED AS MODIFIED |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jorge NAVARRO, by and through his counsel Ralph Cingcon, Esq., hereby stipulate and agree that the status conference currently set for Friday, July 18, 2008, at 10:00 a.m. should be continued to Friday, September 29, 2008, at 10:00 a.m.

   The requested continuance is based upon the need of defense counsel to meet with his client with the assistance of a Spanish interpreter and review the government's pending plea agreement. The parties believe a resolution of the case by guilty plea is close. The parties further agree and stipulate that the period between July 18, 2008, and September 29, 2008, should be excluded from computed time for commencement of trial under the Speedy Trial Act, based upon the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and

Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATED:  August 19, 2008       By:   /s/Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

DATED:  August 19, 2008       By:   /s/Jason Hitt
                                                Telephonically authorized to sign
                                                for Mr. Cingcon on 08-18-08
                                                RALPH CINGCON, Esq.
                                                Attorney for Jorge NAVARRO

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for August 22, 2008, at 10:00 a.m., is vacated and continued to September 19, 2008, at 10:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including September 19, 2008.

**IT IS SO ORDERED.**

DATED: August 19, 2008        /s/ EDWARD J. GARCIA
                              United States District Judge