# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. S 07-332 WBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JORGE ALBERTO AVILA NAVARRO, ) ) ) | |
| Defendant. ) | |

Having reviewed Mr. Navarro's financial affidavit, the court finds the defendant is indigent and entitled to proceed pursuant to 28 U.S.C. § 1915 without prepay of costs. The Court appoints the Office of the Federal Defender, *nunc pro tunc* March 12, 2015, to represent Mr. Navarro.

Dated:  May 12, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE